2026 Apr-06  PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

2026 APR -6  P 2: 17

U.S. DISTRICT COURT
N.D. OF ALABAMA

Bro. Steven darralle Simon, Sr.-Bey

*Plaintiff*

*(Write your full name. No more than one plaintiff may be named in a complaint.)*

Warden Christopher Gordy
Warden John Nutton
Warden Ron Carter;
HSA Mrs. Perkins, RN Nurse Gilbert,
LPN Nurse Johnson, LPN Nurse McGee, et al-Cont.-Nxt.-Pg.
YCDC Co-Med Class Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above. please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama. Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I.    The Parties to this Complaint

### A.    The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name *Mr. Bro. Steven d Simon, Sr. -BEY*

All other names by which
you have been known: *Afinch Shumarin Umojo-BEY, Mr. d, or Peeko*

ID Number *00162708 - Al- 3u*

Current Institution *BIBB CO - COR - FAC;*

Address *565 BIBB LANE*

*BRENT*                    *AL*        *35034*
City                    State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name *ADOC Warden Christopher Gordy*

Job or Title *(if known)* *ADOC Warden*

Shield Number *N/A.*

Employer *ALA. DEPT. OF CORRECTIONS -Bibb Co-C Fac;*

Address *565 BIBB LANE*

*BRENT*                    *AL*        *35034*
City                    State        Zip Code

☑ Individual Capacity    ☑ Official Capacity

Defendant No. 2

Name *ADOC Warden John Nuflon*

Job or Title *(if known)* *ADOC Warden*

Shield Number *N/A.*

Employer *ALA DEPT. OF CORRECTIONS-Bibb Co-C. Fac;*

Address *565 BIBB LANE*

*BRENT*                    *AL*        *35034*
City                    State        Zip Code

☑ Individual Capacity    ☑ Official Capacity

2

Defendant No. 3

Name _____ADOC WardenWRon Carter_____

Job or Title *(if known)* _____ADOC Warden_____

Shield Number

Employer _____ALA DEPT. OF CORRECTIONS-Bibb Co C. Fac;_____

Address _____565 BIBB LANE_____

_____BRENT_____ _____AL_____ _____35034_____

City       State       Zip Code

☑ Individual Capacity     ☑ Official Capacity

Defendant No. 4

Name _____Mrs. ASA Perkins_____

Job or Title *(if known)* _____HS Administrator_____

Shield Number _____N/A-_____

Employer _____Wexford H Sources; Contract;-Bibb Co-C. Fac;_____

Address _____565 BIBB LANE_____

_____BRENT_____ _____AL_____ _____35034_____

City       State       Zip Code

☑ Individual Capacity     ☑ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The right to be (applied)-MEDICAL attention For an; 'SERIOUS' medical need; @ an reasonable time; w/ PROFESSIONALism.

3

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My 8th and /or 10th Amendments Rights; of; unreasonable and/or unConstitutional Cruel and unUsuable Punishment;

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Bibb Co-Medical Staffs and/or all, Adm's - was negligency in there action(s) of care; they ref'd / prolonged there care; of Simon;

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial Detainee

☐  Civilly committed detainee

☐✓ Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☑  Other   Currently bein' held on an; ILLEGAL sent.; No signd-Stamp-Seal
*(explain)*   Bill of Sale;

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On or bout July 28, 2025; Dr. Jason Frish- (verbally) told 2-3; (nurses) to lie bout my -EKG's x 3; Status; breach his Duty of Action(s); as an; professional;

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

After repeatedly writin' Warden C. Gordy 'bout dr. J. Frish's (action(s)) of liein' and/or PREA compl'; he ref'd to take action(s)-of my complaint(s); Dec.- Oct. or Nov. of 2025; on or Bibb Co-Medical Staff on /or et al.;

4

C.  What date and approximate time did the events giving rise to your claim(s) occur?

On or 'bout the 28th day of JULY @ 'round 2-4:30 pm = @ E3 and or my bed area - the Shower - OFC. Tabb call'd 4 asst. - but no one come to asst. me, so, my homie inmate Lorenzo Butler help'd me to, NCU;

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I had - HEART complication(s) / Failure! OFC. Tabb call'd 4 asst. - yes, my cuz Lorenzo Butler - Mr. Vasquez - Mr. Towore - an lor all 'or most of em, sign'd to, E3 dorm; witnesses of transfer; Cubs; Clemen OFCs; Tabb - Owens - Nyugen & LT. Cuts

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

HEART Failure - HEART complication(s) - paralysic stages - an lor an- (KNOT) pop'd up in between my (right) inside thigh, knees-back - legs - an/or et. al - ref'd meds record 2 From YC to Hospital - Req'd 2 will; didn't respond 2 req'ing -

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

On or 'bout the 28, day of JULY 2025; the day of the 'HEALTH' Failure an lor (delay) of treatment an an; 'TIMELY' manner; i was told by: EMT'S / MEDIC'S of, 'DCH' contractor(s) - that dr. Jason Fish was tryin' 2 let me die; that he'll most 'always (prolong) any or most of all, 'Ambulance' call out(s) - need its so late; that he wasn't s'pose to be here - that he had - been here before an an (Forced)' way - and that he dr. Jason Fish was / once employ'd @ DCH an an (Forced)' way - and last but not least; he dr. Jason Fish - had an or (poor) - ratio status; If i would; he was an; 'Turnkey' dr. - like most of, Bibb Co-Cor. Trac; STUFF or BCO-MEDICAL STAFF - you follow me! that he an / or rest of em, (should - shall) be held (liable) 4 there action(s); you know-; 1) Reprimand em, et al.; / Pull his License- 2) Award me, Mr. Simon an $750,000 in money damages - Pain - Suffering / Mental and / or Physical $300,000 For, Psychological / Emotional Stress; and / or $1.5 mill in punitive damages; you know -

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.    *I went through the grievance process, GN or (appeal) process, which they didn't answer.*

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes    *Past - e Holman - Staton - Easterlin' and /or present by: Bullock!*

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*BIBB CO- COR. FAC.; follow arrow up Po. #A.*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes    *BIBB CO- COR. FAC.; and or NOLMAN.*

☐ No

☑ Do not know    *Staton - Easterling; 'NO'.*

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes    *BIBB and Nolman*

☐ No

☑ Do not know    *Staton and Easterling; 'NO'.*

If yes, which claim(s)?    *8th and ef. cal.;*

*Breach of trust - Cruel and Unusual - Const"s Rights Violation = Grievance / Appeal! Done on paper - frail! No responds on my Appeal on /or Harrassed - Retaliated 'against; and /or threatened by: Inmates / CO's violence; Bibb Co- Medical Staff(s);*
*- and -*
*Warden(s) Givody - Hutton - Carter; Capt's Rutledge - Wilson; Note: Supt. Rutledge got 'rrested x Lt- Hill - Jones - Lucy - Westbrook who got fired! (2) Sgt's John Doe and et al; Bell - Eubanks - Taylor - William - White - and et. al.;*

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes  Dec - Nov. 2025 - and last in: July 28th, 2025;
        Made PREA reports (s) - on - PV. Nurson Fish - Nurse Nicklous;
☐ No   what (sparked) my (rightful) diagnosis;

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No   N/A. multiply choice answer:

E.  If you did file a grievance:

1.  Where did you file the grievance?
    1st in: 2020 @ 1st in: Bullock and /or Staton C. Fac;

2.  What did you claim in your grievance?
    Refusing Medical treatment - Violation of Const's Rights -
    Cruel and Unusual punishment - treatment;

3.  What was the result, if any?
    Retaliation - Harrassment / Harrassin' Comm. good / or threats w/no
    meds or lease above or 'no' miscellaneous equipment;

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

    I follow'd required protocalls; I can not (rightfully) - speak
    OF it, honestly speaking - OK. I did get a few responses - on
    (3) grievances and /or told by: NSA Perkins that my 'APPEALS'
    were being address'd by: IPO offices and /or warden(s) -
    Gordy / Nutlow whom been: messing on me Simon - sense 19-
    21 y - from: Staton - Bullock - Bibb cause of, my family
    conn. in those Fac's; and /or recently told a wk of (2) so that
    he been Gordy been in (system) since: 1995 - and he been (con'd)
    that many times; and /or (never) losted; and /or he Gordy
    doesn't give a (damn) 'bout my Fam. Conn. w/ door; and
    or you Simon can call an; tell ya 'ATTY' Leroy Maxwell
    to call em; and he Gordy will tell em; Maxwell; he
    said that; aight. If i would; - Gordy don't give an
    (damn) 'bout him Leroy Maxwell. why come! Jim Gordy
    is; above the LAW!
                                    7

F.   If you did not file a grievance:

　　1.   If there are any reasons why you did not file a grievance, state them here:

_I Filed (3) grievance; an got answer; but not the "APPEAL" answer;_

　　2.   If you did not file a grievance but you did inform officials of your claim, state who you informed. when and how, and their response, if any:

_HSA Perkins- Mrs. Little- IPOofc-; Dec-Nov-- Jan. 2025-2026; by: initial Complaint(s); pretty much (nothing), but retaliation Harrassment - Harrassing comm-; and threats;_

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_Some or not all, or Complaint(s) after complaint(s): Not any meds for actually 'NO' Holster - Backbrace - Kneebrace - Eggcrate and el al.-;_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury" 28 U.S.C. § 1915(g). _I am in danger! Request transfer to, Hamilton A&I or Bcc-Cor. #AC; Blue Bdg;_
To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted? _(6) said; in= 2019-2020;_

☑   Yes   _Though that's what (they), the court(s) said; in= 2019-2020;_

☐   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible. _Case 2=20-cv- 00747-RAH-CSC Doc. 28 Filed 04-28-2021. Pg-1of3_

_The United States District Court for the Middle District of Alabama Northern Div.-)_

_Steven d Simon, 00162708　　　) CIVIL ACTION No.-;_

_Plaintiff　　　) 2=20-cv-747-RAH-CSC_

_Warden Patrice Jones　　　)_

_Def._

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ / Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____ N/A _____

   Defendant(s) _____ N/A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____ N/A _____

4. Name of Judge assigned to your case

   _____ N/A _____

5. Approximate date of filing lawsuit

   _____ N/A _____

6. Is the case still pending?

   ☐ / Yes

   ☑ No

   If no, give the approximate date of disposition. ____ 4/28/2021 ____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

   _____ Dismissed w/out prejudice; I believe so. _____

9

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff     Mr. Bro. Steven d Simon, Jr - BEY

Prison Identification #     001162708 - A1- 3a

Prison Address     BCO-Cor. Fac; 565 Bibb Lane

BRENT     AL     35039

    City     State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     1/12/2026

    (Date)

    Mr. Brother Steven d Simon, Jr - BEY

Signature of Plaintiff

US POSTAGE
ZIP 35034
02 7H
0006141322
1ST CLASS

Mr. Steven O. Simon, SR. - IBET
Bro. Atmore Showaijo Umoja SR. - IBET
#08-IO3-OB-04-28a
Bibb CO- Cor. Facy
565 Bibb Lane
BRENT, Al. 35034

SECURITY

APR 06 2025

U.S. DISTRICT COURT

b6 Send 1 of 1 First 1 99
__ __ 1 OF 1

LEGAL MAIL

Clerk of the United
District Cour[t]
Fo' the Northern
Room # 140
Auso L. Black U.
1729 5TH Ave N.
Bham, Al. 35203

Please